UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>DAVID O. LIETZ,<br><br>    Defendant. | 6:21-po-5038-KLD<br><br>ORDER DISMISSING |

Based on the United States' motion, and good cause appearing,

IT IS ORDERED that the above-referenced case is dismissed and all future court dates are vacated.

  DATED this 2nd day of December, 2021

*[signature: Kathleen L. DeSoto]*

Kathleen L. DeSoto
United States Magistrate Judge